WILLIAM J. GOINES (SBN: 61290)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  goinesw@gtlaw.com; hamiltonc@gtlaw.com

Attorneys for Defendants American Express
Company and American Express Centurion Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY N. PAGSOLINGAN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff;<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | Case No.   C09-05039 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Comes now Plaintiff MINDY N. PAGSOLINGAN, on Behalf of Herself and All Others Similarly Situated, and Defendants AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS CENTURION BANK ("Defendants") by and through their respective counsel, and pursuant to United States District Court, Northern District of California Civil Local Rule 6-1(a), hereby stipulate that Defendants shall have up to December 16, 2009, within which to answer or otherwise respond to Plaintiffs' complaint.  The Defendants reserve all rights relating to such response to Plaintiffs' complaint.

IT IS SO STIPULATED.

//

| | | |
|---|---|---|
| 1 | Dated: November 10, 2009 | STULL, STULL & BRODY |
| 2 | | |
| 3 | | By: /s/ *Patrice L. Bishop* |
| 4 | | Patrice L. Bishop |
| 5 | | |
| 6 | | Attorneys for Plaintiff Mindy Pagsolingan |
| 7 | Dated:  November 12, 2009 | GREENBERG TRAURIG, LLP |
| 8 | | |
| 9 | | By: /s/ *William J. Goines* |
| 10 | | William J. Goines |
| 11 | | Attorneys for Defendants American Express Company and American Express Centurion Bank |

### ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Patrice L. Bishop has concurred in this filing.

Date: November 12, 2009                                      GREENBERG TRAURIG LLP

By: /s/ William J. Goines
      William J. Goines

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

- 2 -    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT 1
C09-05039 CRB

*SV 346,458,946v1*