Patrice L. Bishop (SBN 182256)
Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

Howard T. Longman
tsvi@ssbla.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:     (212) 687-7230
Fax:    (212) 490-2022

[Additional Counsel Appear on Signature Page]

**Counsel for Plaintiff Mindy Pagsolingan**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY N. PAGSOLINGAN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | CASE NO. CV09-5039 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE OFF-CALENDAR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION PENDING ARBITRATION TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT**<br><br>DATE:     February 5, 2010<br>TIME:     10:00 a.m.<br>CRTM:   8 |

**STIP. AND [PROPOSED] ORDER TO TAKE OFF-CALENDAR DEFTS' MTN TO COMPEL ARBITRATION AND TO STAY ACTION TO ALLOW PLTF TO FILE AN AMENDED COMPLAINT**
**CASE NO. CV09-5039 CRB**
Z:\STULL\AMEX\PLD\Stip File Amended Complaint.wpd

Plaintiff Mindy N. Pagsolingan ("Plaintiff"), on Behalf of Herself and All Others Similarly Situated (the purported "Class"), and defendants American Express Company and American Express Centurion Bank ("Defendants") hereby stipulate as follows:

WHEREAS, on October 22, 2009, Plaintiff filed her Complaint alleging, *inter alia*, that Defendants violated California Civil Code §1750, *et seq.*, California Business & Professions Code §17200, *et seq.*, California Business & Professions Code §17500, *et seq.*, and breached their covenant of good faith and fair dealing owed to Plaintiff and the purported Class;

WHEREAS, on October 28, 2009, Plaintiff caused her Complaint to be hand-served on Defendants' Agent for Service of Process;

WHEREAS, on November 12, 2009, Plaintiff and Defendants entered into a Stipulation Extending Time to Respond to Complaint providing Defendants until and including December 16, 2009, to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, on November 17, 2009, this Court issued its Order granting the parties' Stipulation and provided Defendants until and including December 16, 2009, to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, on December 16, 2009, Defendants' filed their Motion to Compel Arbitration and to Stay Action Pending Arbitration (the "Motion"), noticing the Motion for hearing on February 5, 2010;

WHEREAS, pursuant to Civil L.R. 7-3, Plaintiff's opposition to the Motion is due on Friday, January 15, 2010;

WHEREAS, in consideration of Defendants' Motion and in conversations with counsel for Defendants, Plaintiff believes it is appropriate to file an amended complaint in this action;

WHEREAS, the parties agree that it would be wasteful for Plaintiff to respond at this time to the Motion directed to the initial complaint

///

///

///

**STIP. AND [PROPOSED] ORDER TO TAKE OFF-CALENDAR DEFTS' MTN TO COMPEL ARBITRATION AND TO STAY ACTION TO ALLOW PLTF TO FILE AN AMENDED COMPLAINT**
**CASE NO. CV09-5039 CRB**                                                                                 1
Z:\STULL\AMEX\PLD\Stip File Amended Complaint.wpd

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Defendants' Motion to Compel Arbitration and to Stay Action Pending Arbitration should be taken off-calendar, and if this Court is so amenable, Plaintiff will have until and including February 16, 2010, to file an amended complaint.

IT IS SO STIPULATED.

Dated: January 13, 2010

STULL, STULL & BRODY
Patrice L. Bishop
Timothy J. Burke

By:   s/Patrice L. Bishop
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Howard T. Longman
tsvi@ssbla.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Gary S. Graifman
ggraifman@kgglaw.com
Michael L. Braunstein
mbraunstein@kgglaw.com
KANTROWITZ, GOLDHAMER
   & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY  10977
Tel:   (201) 391-7000
Fax:   (201) 307-1088

Abraham Rappaport
THE LAW OFFICE OF ABRAHAM
   RAPPAPORT, P.A.
3774 N.W. 3rd Avenue
Boca Raton, FL 33431
Tel:   (561) 368-9252
Fax:   (561) 447-9480

**Counsel for Plaintiff Mindy Pagsolingan**

| | | |
|---|---|---|
| 1 | Dated: January 13, 2010 | GREENBERG TAURING, LLP |
| 2 | | William J. Goines |
| | | Cindy Hamilton |

By:  s/William J. Goines
William J. Goines
1900 University Avenue
Fifth Floor
East Palo Alto, CA 94303
Tel:  (650) 328-8500
Fax:  (650) 328-8508

**Counsel for Defendants American Express Company and American Express Centurion Bank**

I, Patrice L. Bishop, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Take Off-Calendar Defendants' Motion to Compel Arbitration and to Stay Action Pending Arbitration to Allow Plaintiff to File an Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that William J. Goines has concurred in this filing.

By:  s/Patrice L. Bishop
Patrice L. Bishop

///

///

///

**STIP. AND [PROPOSED] ORDER TO TAKE OFF-CALENDAR DEFTS' MTN TO COMPEL ARBITRATION AND TO STAY ACTION TO ALLOW PLTF TO FILE AN AMENDED COMPLAINT**
**CASE NO. CV09-5039 CRB**     3
Z:\STULL\AMEX\PLD\Stip File Amended Complaint.wpd

1                        ~~[PROPOSED]~~ **ORDER**

2       Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

3 ORDERED THAT:

4       Defendants' Motion to Compel Arbitration and to Stay Action Pending Arbitration is taken

5 off-calendar and Plaintiff has until and including February 16, 2010, to file an amended complaint.

6

7 IT IS SO ORDERED.

8

9 Dated: __Jan. 15, 2010____             _____

10                                       Honorable Charles R. Breyer
                                        Judge of the United S...



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND [PROPOSED] ORDER TO TAKE OFF-CALENDAR DEFTS' MTN TO COMPEL ARBITRATION AND TO STAY ACTION TO ALLOW PLTF TO FILE AN AMENDED COMPLAINT**
**CASE NO. CV09-5039 CRB**
Z:\STULL\AMEX\PLD\Stip File Amended Complaint.wpd