Patrice L. Bishop (SBN 182256)
Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Howard T. Longman
tsvi@ssbla.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

[Additional Counsel Appear on Signature Page]

**Counsel for Plaintiff Mindy Pagsolingan**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINDY N. PAGSOLINGAN, on Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS CENTURION BANK,<br><br>           Defendants. | CASE NO. CV09-5039 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>DATE:       February 5, 2010<br>TIME:        8:30 a.m.<br>CTRM:       8 |

1    Plaintiff Mindy N. Pagsolingan ("Plaintiff"), on Behalf of Herself and All Others Similarly Situated (the purported "Class"), and defendants American Express Company and American Express Centurion Bank ("Defendants") hereby stipulate as follows:

WHEREAS, on October 22, 2009, Plaintiff filed her Complaint alleging, *inter alia*, that Defendants violated California Civil Code §1750, *et seq.*, California Business & Professions Code §17200, *et seq.*, California Business & Professions Code §17500, *et seq.*, and breached their covenant of good faith and fair dealing owed to Plaintiff and the purported Class;

WHEREAS, this Court set an Initial Case Management Conference for February 5, 2010;

WHEREAS, on October 28, 2009, Plaintiff caused her Complaint to be hand-served on Defendants' Agent for Service of Process;

WHEREAS, on November 12, 2009, Plaintiff and Defendants entered into a Stipulation Extending Time to Respond to Complaint providing Defendants until and including December 16, 2009, to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, on November 17, 2009, this Court issued its Order granting the parties' Stipulation and provided Defendants until and including December 16, 2009, to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, on December 16, 2009, Defendants' filed their Motion to Compel Arbitration and to Stay Action Pending Arbitration (the "Motion"), noticing the Motion for hearing on February 5, 2010;

WHEREAS, in consideration of Defendants' Motion and in conversations with counsel for Defendants, Plaintiff believes it is appropriate to file an amended complaint in this action;

WHEREAS, the parties agreed that it would be wasteful for Plaintiff to respond to the Motion directed to the initial complaint and on February 13, 2010, submitted to this Court a Stipulation and [Proposed] Order to Take Off-Calendar Defendants' Motion [] to Allow Plaintiff to file and Amended Complaint [*see* Docket No. 11];

WHEREAS, pursuant to the parties' stipulation, on January 15, 2010, this Court issued an Order taking Defendants' Motion off-calendar and allowing Plaintiff to file her amended complaint on or before February 16, 2010 [*see* Docket No. 12];

1  WHEREAS, pursuant to Fed. R. Civ. P. 12, Defendants' response to the amended complaint must be filed on or before March 9, 2010;

WHEREAS, the parties agree that it would be judicially efficient for Defendants to have an opportunity to review the Amended Complaint prior to this Court conducting the Initial Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

That, if the Court is amenable, the Initial Case Management Conference should be continued for 49 days until March 26, 2010, at 8:30 a.m., or a later date as ordered by the Court.

IT IS SO STIPULATED.

Dated: February 2, 2010          STULL, STULL & BRODY
                                 Patrice L. Bishop
                                 Timothy J. Burke


                        By:      s/Patrice L. Bishop
                                 Patrice L. Bishop
                                 10940 Wilshire Boulevard
                                 Suite 2300
                                 Los Angeles, CA  90024
                                 Tel:    (310) 209-2468
                                 Fax:    (310) 209-2087

                                 Howard T. Longman
                                 tsvi@ssbla.com
                                 STULL, STULL & BRODY
                                 6 East 45th Street
                                 New York, NY 10017
                                 Tel:    (212) 687-7230
                                 Fax:    (212) 490-2022

                                 Gary S. Graifman
                                 ggraifman@kgglaw.com
                                 Michael L. Braunstein
                                 mbraunstein@kgglaw.com
                                 KANTROWITZ, GOLDHAMER
                                    & GRAIFMAN, P.C.
                                 747 Chestnut Ridge Road
                                 Chestnut Ridge, NY  10977
                                 Tel:    (201) 391-7000
                                 Fax:    (201) 307-1088

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. CV09-5039 CRB**                        2
Z:\STULL\AMEX\PLD\Stip to Contue Initial Case Management Conference.wpd

|   |   |   |
|---|---|---|
| 1 |   | Abraham Rappaport |
| 2 |   | THE LAW OFFICE OF ABRAHAM RAPPAPORT, P.A. |
| 3 |   | 3774 N.W. 3rd Avenue<br>Boca Raton, FL 33431 |
|   |   | Tel:    (561) 368-9252 |
| 4 |   | Fax:   (561) 447-9480 |
| 5 |   | **Counsel for Plaintiff Mindy Pagsolingan** |

7  Dated: February 2, 2010          GREENBERG TRAURIG, LLP
                                     William J. Goines
8                                    Cindy Hamilton

10                            By:    s/William J. Goines
                                     William J. Goines
11                                   1900 University Avenue
                                     Fifth Floor
12                                   East Palo Alto, CA 94303
                                     Tel:    (650) 328-8500
13                                   Fax:    (650) 328-8508

14                                   **Counsel for Defendants American Express Company and American Express Centurion Bank**

17    I, Patrice L. Bishop, am the ECF User whose ID and password are being used to file this

18 Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with

19 General Order 45, X.B., I hereby attest that William J. Goines has concurred in this filing.

21                            By:    s/Patrice L. Bishop
                                     Patrice L. Bishop

26 ///

27 ///

28 ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV09-5039 CRB**          3
Z:\STULL\AMEX\PLD\Stip to Contue Initial Case Management Conference.wpd

1 **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY
3 ORDERED THAT:
4  The Initial Case Management Conference is continued from February 5, 2010, until
5  March 26, 2010, at 8:30 a.m.

6

7 IT IS SO ORDERED.

8

9 Dated: __February 4, 2010__ _____
10  Honorable Charles R. Breyer
   Judge of the United States District Court



**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV09-5039 CRB** 4
Z:\STULL\AMEX\PLD\Stip to Contue Initial Case Management Conference.wpd