LOUIS SMITH, Attorney At Law, Admitted *Pro Hac Vice*
GREENBERG TAURIG, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ  07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
Email:  SmithLo@gtlaw.com

WILLIAM J. GOINES, SBN 61290
GREGORY NYLEN, SBN 151129
KAREN ROSENTHAL, SBN 209419
GREENBERG TAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA  94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:  goinesw@gtlaw.com; nyleng@gtlaw.com;
rosenthalk@gtlaw.com;

Attorneys for Defendants American
Express Company and American Express
Centurion Bank

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY N. PAGSOLINGAN, on Behalf of Herself and All Others Similarly Situated, <br><br>Plaintiff;<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | Case No.   C09-05039 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION**<br><br>Date Action Filed:  October 22, 2009 |

Plaintiff Mindy N. Pagsolingan ("Plaintiff"), on Behalf of Herself and All Others Similarly Situated (the purported "Class"), and Defendants American Express Company and American Express Centurion Bank ("Defendants") by and through their respective counsel, and pursuant to United States District Court, Northern District of California Civil Local Rule 6-2, hereby stipulate and respectfully request that the Court stay this litigation, including all pending deadlines and hearings, up to and including May 28, 2010.  In support of this stipulation, the Parties state as follows:

1.     This case (the "California Action") is related to another action pending in the United States District Court for the District of New Jersey, *G.R. Homa, individually and on behalf of all others similarly situated, v. American Express Company and American Express Centurion Bank*, 06-cv-02985 (JAP) (the "New Jersey Action").  The allegations in both the California Action and the New Jersey Action concern the rebate feature of the "Blue Cash" credit card.  The New Jersey Action seeks to certify a class of "consumers residing in New Jersey," while the California Action seeks to certify a class of "consumers who reside or resided in the State of California."

2.     The parties have completed substantial discovery in the New Jersey Action, and now have engaged in settlement discussions.  The Court in the New Jersey Action recently extended the fact discovery period in the New Jersey Action to June 1, 2010, to provide the parties with additional time in which to engage in settlement discussions before being required to complete the remaining fact discovery.

3.     In light of the above, and in furtherance of the on-going settlement discussions, which also address the claims asserted in the California Action, the parties believe a stay of the California Action is appropriate.  The parties thus request that the Court continue the Initial Case Management Conference, currently set for March 26, 2010 at 8:30 a.m., to May 28, 2010 at 8:30 a.m., or at such date and time as the Court may determine.   At that time, the Parties will apprise the Court as to the status of the settlement efforts, and the Court will set a deadline for Defendants to respond to the amended complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel, to stay this litigation, including all pending deadlines and hearings, up to and including May 28, 2010, or to such other date and time as the Court deems reasonable and just.

Dated: March 15, 2010                    STULL, STULL & BRODY

                                         By: */s/ Patrice L. Bishop*
                                             Patrice L. Bishop
                                             Timothy J. Burke
                                             service@ssbla.com
                                             10940 Wilshire Blvd., Ste. 2300
                                             Los Angeles, CA  90024
                                             Tel: (310) 209-2468; Fax: (310) 209-2087

|   |   |
|---|---|
|   | Howard T. Longman<br>tsvi@aol.com<br>Stull, Stull & Brody<br>6 East 45th St.<br>New York, NY  10017<br>Tel:  (212) 687-7230; Fax: (212) 490-2022 |
|   | Gary S. Graifman<br>ggraifman@kgglaw.com<br>Michael L. Braunstein<br>mbraunstein@kgglaw.com<br>KANTROWITZ, GOLDHAMER &<br>  GRAIFMAN, P.C.<br>747 Chestnut Ridge Rd.<br>Chestnut Ridge, NY  10977<br>Tel:  (210) 391-7000; Fax: (210) 307-1088 |
|   | Abraham Rappaport<br>THE LAW OFFICE OF ABRAHAM<br>  RAPPAPORT, P.A.<br>3774 N.W. 3rd Ave.<br>Boca Raton, FL  33431<br>Tel:  (561) 368-9252; Fax: (561) 447-9480 |
|   | **Counsel for Plaintiff Mindy Pagsolingan** |
| Dated:  March 15, 2010 | GREENBERG TRAURIG, LLP<br><br>By:  /s/  *Karen Rosenthal*<br>    Louis Smith<br>    William J. Goines<br>    Karen Rosenthal<br>    Cindy Hamilton<br><br>**Counsel for Defendants American Express Company and American Express Centurion Bank** |

## ATTESTATION CLAUSE

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this STIPULATION TO STAY ACTION.  In compliance with General Order 45, X.B., I hereby attest that Patrice L. Bishop has concurred in this filing.

Dated:  March 15, 2010.

　　　　　　　　　　　　　　　　　　　 /s/ *Karen Rosenthal*
　　　　　　　　　　　　　　　　　　　Karen Rosenthal

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: March 23, 2010        .

_____
Honorable Charles R. Breyer
Judge, United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)